UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
MIKE CENTENO,                            :      19cv7232(DLC)
                         Plaintiff,      :
         -v-                             :
                                         :      ORDER
EXTELL MANAGEMENT CORP., EXTELL          :
DEVELOPMENT COMPANY, DAVID CORDOVA,      :
ANN GEORGE, RAIZY HAAS and JOHN/JANE     :
DOE 1-5,                                 :
                         Defendants.     :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the February 21, 2020 initial pretrial conference is rescheduled to **March 13** at **2:30 p.m.** in Courtroom 18B, 500 Pearl Street. **All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.**

Dated:   New York, New York
         February 28, 2020

                                    _____
                                            DENISE COTE
                                    United States District Judge