UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
:
MIKE CENTENO,                            :    19cv7232(DLC)
                    Plaintiff,           :
         -v-                             :
                                         :    ORDER
EXTELL MANAGEMENT CORP., EXTELL          :
DEVELOPMENT COMPANY, DAVID CORDOVA,      :
ANN GEORGE, RAIZY HAAS and JOHN/JANE     :
DOE 1-5,                                 :
                    Defendants.          :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/10/2020

IT IS HEREBY ORDERED that the in-person conference scheduled for Friday, March 13 at 2:30 p.m. will be held telephonically. Counsel for the plaintiff shall have all parties on the line and call chambers at 212-805-0202. Principal trial counsel must participate in the telephone conference.

Dated:    New York, New York
          March 10, 2020

                                    _____
                                           DENISE COTE
                                    United States District Judge