UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------- X

| | |
|---|---|
| MIKE CENTENO,<br><br>                                            Plaintiff,<br><br>-against-<br><br>EXTELL MANAGEMENT CORP., EXTELL DEVELOPMENT COMPANY, DAVID CORDOVA, ANN GEORGE, RAIZY HASS and JOHN/JANE DOE 1-5,<br><br>                                             Defendants. | **RULE 41(a)(1)(A)(ii) STIPULATION OF PARTIAL DISMISSAL AND WITHDRAWAL WITH PREJUDICE (OF CLAIMS AGAINST THE INDIVIDUAL DEFENDANTS)**<br><br>19 CV 7232 (DLC) (RER) |

-------------------------------------------------------------------------------- X

**WHEREAS**, plaintiff commenced this action by filing a Complaint on or about August 2, 2019, alleging that defendants violated his federal civil and state common law rights by, *inter alia*, his suspension and wrongful termination; and

**WHEREAS**, defendants Extell Management Services Inc., s/h/a Extell Management Corp., and Extell Development Company, (jointly "Extell") stipulate that it was their decision to suspend Mike Centeno's employment and to subsequently terminate his employment;

**WHEREAS**, the parties now desire to resolve certain issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, pursuant to Rule 41(a)(1)(A)(ii), as follows:

      1.     All claims asserted against defendants David Cordova, Ann George, Raizy Haas, and John/Jane Doe 1-5– are hereby dismissed with respect to those defendants with prejudice, and without costs, expenses or fees.

2.  The clerk is hereby requested to amend the caption accordingly to remove David Cordova, Ann George, Raizy Haas, and John and Jane Doe 1-5 as defendants.

Dated: New York, New York
       March 13, 2020

| BRUSTEIN LAW PLLC | WILSON ELSER MOSKOWITZ EDELMAN |
| *Attorneys for Plaintiff* | & DICKER LLP |
| | *Attorneys for Defendants* |

By: *Evan Brustein*
Evan Brustein, Esq.
299 Broadway, 17th Floor
New York, New York 10007
(212) 233-3900
evan@brusteinlaw.com

By: _____
Celena R. Mayo, Esq.
150 East 42nd Street
New York, New York 10017
(212) 915-5854
Celena.mayo@wilsonelser.com

**SO ORDERED:**

_____
HONORABLE Denise L. Cote
United States District Judge